UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antonio Romero Williams,            Case No. 13-cv-2115 (PAM/FLN)

          Petitioner,

v.                                            **ORDER**

Eddie Miles,

          Respondent.

---

This matter is before the Court on Magistrate Judge Noel's Report and Recommendation ("R&R") dated August 13, 2014.  In the R&R, Magistrate Judge Noel recommends that the Court deny Williams' Petition for a Writ of Habeas Corpus.  Within fourteen days after being served with a copy, unless a different deadline is set, any party may file objections to the R&R.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1).  No party has timely objected to the R&R.  Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 38) is **ADOPTED**;

2. Williams' Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

3. This case is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>September 25, 2014</u>

                                       *s/ Paul A. Magnuson*
                                        Paul A. Magnuson
                                        United States District Court Judge